# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID FRANK CAMPEAU JR., A MAN IN HIS NATURAL CAPACITY, | : | No. 95 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated August 17, |
| | : | 2016 at No. 597 MD 2015 |
| v. | : | |
| | : | |
| | : | |
| EDWARD SANDERCOCK, AS PROTHONOTARY OF THE COURT OF COMMON PLEAS OF WAYNE COUNTY OF THE COMMONWEALTH OF PENNSYLVANIA; RUTH A. VINTON, AS CIVIL CLERK/BOOKKEEPER OF THE COURT OF COMMON PLEAS OF WAYNE COUNTY OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                      **DECIDED:  May 25, 2017**

**AND NOW**, this 25th day of May, 2017, the order of the Commonwealth Court is hereby **AFFIRMED**.